COGBURN DAVIDSON
Jamie S. Cogburn, Esq.
Nevada Bar No. 8409
jsc@cdinjury.com
Hunter S. Davidson, Esq.
Nevada Bar No. 14860
hsd@cdinjury.com
2580 St. Rose Parkway, Suite 330
Henderson, NV 89074
Telephone: (702) 747-6000
Facsimile: (725) 465-8731
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KYOHEI IIDA, an individual,<br><br>          Plaintiff,<br><br>vs.<br><br>JOHNNY & ASSOCIATES, Inc., a foreign corporation; JANE DOE as administrator for THE ESTATE OF JOHNNY KITAGAWA; STARTO ENTERTAINMENT, Inc., a foreign corporation; SMILE-UP, Inc., a foreign corporation; JANE DOE as administrator for THE ESTATE OF MARY K. FUJISHIMA; JULIE KEIKO FUJISHIMA, an individual; KIKUE IZU, an individual; MASAMI YAZAKI, an individual; SUGURU SHIRHASE, an individual; TSUGUO YADA, an individual; HR LAS VEGAS, LLC, d/b/a HARD ROCK LAS VEGAS HOTEL & CASINO, a Nevada limited liability company,<br><br>          Defendants. | Case Number:<br>2:25-cv-00629-RFB-EJY<br><br>**STIPULATION TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT HR LAS VEGAS, LLC'S MOTION TO DISMISS COMPLAINT** |

IT IS HEREBY STIOULATED by and between Plaintiff, Kyohei Iida and Defendant, HR Las Vegas, LLC, through their respective attorneys of record, that Plaintiff's Response to Defendant's Motion to Dismiss Complaint filed on April 14, 2025, shall be due May 19, 2025.

Dated this 28th day of April, 2025.

COGBURN DAVIDSON

| COGBURN DAVIDSON | KEMP JONES, LLP |
|---|---|
| By: */s/Jamie S. Cogburn* <br> Jamie S. Cogburn, Esq. <br> Nevada Bar No. 8409 <br> Hunter S. Davidson, Esq. <br> Nevada Bar No. 14860 <br> 2580 St. Rose Parkway, Suite 330 <br> Henderson, Nevada 89074 <br> *Attorneys for Plaintiff Kyohei Iida* | By: */s/Nathanael Rulis* <br> Nathanael Rulis, Esq. <br> Nevada Bar No. 11259 <br> 3800 Howard Hughes Pkwy, 17th Floor <br> Las Vegas, Nevada 89169 <br> *Attorneys for Defendant HR Las Vegas, LLC, d/b/a Hard Rock Las Vegas Hotel & Casino* |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 29th day of April, 2025.